**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SUSANA RODRIGUEZ-CORIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2832-J |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner moves to voluntarily dismiss her Petition for Writ of Habeas Corpus [Doc. No. 1] without prejudice. [Doc. No. 9]. On due consideration, the motion is GRANTED and the Petition is DISMISSED without prejudice.

IT IS SO ORDERED this 4th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE